# EXHIBIT A

**Prudential** of America

Thank you for insuring with Prudential. This book provides Monthly Payment Coupons which identify all premiums due prior to the next anniversary of the contract. Please note that we have revised this book and added the following policy values for your reference: (NET) DEATH BENEFIT, (NET) CASH VALUE AND GUARANTEED CASH VALUE.

ALIGN

For assistance, please call our Customer Service Office at (800) 778-2255. You may also visit our website at www.prudential.com, or write us at the following address:

000056 P1U010D1132508151700
SOCORRO MORELAND                4

Customer Service Office
PO Box 7390
Philadelphia, PA 19176

SAVE TIME. PAY ONLINE
@ www.prudential.com/myaccess

0 10300 Y1          LAOD 940          84 355 897          Life Insurance

**ANNIVERSARY INFORMATION ON YOUR CONTRACT**
**PROVIDED ALL PREMIUMS ARE PAID TO THE ANNIVERSARY DATE**

| Number | Insured | Anniversary |
|---|---|---|
| 84 355 897 | SOCORRO MORELAND | SEP 12, 2017 |

| CURRENT DIVIDEND | PAID-UP ADDITIONAL INSURANCE | | CONTRACT LOAN (if any) | Contract Loan Amount (Excluding Current Int.) |
|---|---|---|---|---|
| | Added This Year (see reverse side) | Total Paid-Up Additional Ins. (see reverse side) | | |
| $32.50 | $328.27 | $6495.83 | | |

ACCUMULATED DIVIDENDS

| Rate of Interest | Interest on Previous Balance will be reported to the IRS | Total Accumulation Including Interest | Rate of Interest | Interest due on Contract Loan |
|---|---|---|---|---|
| | | | | |

| (NET) DEATH BENEFIT | (NET) CASH VALUE | GUARANTEED CASH VALUE |
|---|---|---|
| $16495.83 | $2582.45 | $1296.80 |

- Your Prudential policy provides valuable insurance protection. Dividends that may be credited to your policy are not guaranteed and are based on investment experience, mortality, expenses and other factors.

ALIGN

See Next Page for First Coupon

**NOTICE - FAILURE TO PAY NET PREMIUM DUE ON TIME.**
Any Net Premium Due shown on each coupon is payable by the due date shown. However, there is a 31-day grace period for your benefit. If a premium is not paid by the end of its 31-day grace period, your policy will lapse.

**EXCEPTION**
For all Debit Ordinary life policies (policy numbers beginning with a "D" prefix), the following administrative practices will apply until further notice:
A)  For acceptance of premiums and claim purposes only:
  1. Premiums will be accepted up to the end of the next month following the month due. If the payment is not received by the end of that time, your policy will lapse.
  2. Claims will be considered during this period as though the policy is in force on a premium-paying basis. Any unpaid premiums will be deducted from the policy benefits.
B)  For all other purposes, benefits and policy provisions will remain as stated in each policy.

**FOR INCOME TAX PURPOSES,** the Internal Revenue Services (IRS) requires us to report interest paid or earned on accumulated dividends. We give the IRS this information on Form 1099 under our taxpayer identification number, 22-1211670. For this purpose, the law requires you to give us your Social Security number when we request it. If we do not have your Social Security number, we are required to withhold tax on such interest. Any tax withheld will be paid directly to the IRS on behalf of the policyowner.

**TO FILE A CLAIM,** please contact your financial professional or our Customer Service Office.

---

**DIVIDENDS** - Any dividend amount shown will be credited on the anniversary if all premiums due before this date are paid in full and the insured is alive. Dividends that may be declared and credited to your policy are not guaranteed, and will change in the future. A reduction in the dividend scale may affect elements of your policy, such as the (Net) Cash Value, (Net) Death Benefit, and the length of time it may take for non-guaranteed policy values, including dividends, to pay premiums.

The amount shown for **Paid-up Additional Insurance Added This Year** is this year's increase in the amount of insurance coverage provided by the Current Dividend shown. The **Total Paid-up Additional Insurance** includes this increase. If you wish to know the cash value of this paid-up insurance, contact our Customer Service Office.

**GUARANTEED CASH VALUE** -- The value of the policy on the anniversary date without any dividends and assuming no policy loans are taken.

**(NET) CASH VALUE** -- The amount you would receive (before any tax withholding) if you surrender your policy on the anniversary date, after deducting (net) the amount of any outstanding policy loan and interest. This includes guaranteed cash value, any accumulated dividends, and the cash surrender value of any Paid-Up Additional Insurance (PUAs). This would be adjusted for any termination dividend payable.

**(NET) DEATH BENEFIT** -- The amount that would be payable to the beneficiary(ies) (before any tax withholding) under the policy and any rider covering the same insured, if the insured died on the anniversary date and there was no premium due, after deducting (net) the amount of any outstanding policy loan and interest. This includes any PUAs and/or accumulated dividends. The (Net) Death Benefit would be adjusted for any termination dividend payable.

---

**POLICY LOAN AND INTEREST** - It is important to pay the interest on any outstanding loan. If you do not, the accrued interest will be added to the loan amount and will also bear interest on a daily basis. This will reduce the equity in your policy. You may pay part or all of the loan amount at any time while the insured is alive, provided that loan payment is made prior to the end of the 31-day grace period. For Endowment policies, loan payments must be made prior to the maturity of the policy. However, if there is policy debt at the end of the 31-day grace period for a premium due, the debt may be paid back only if the policy is reinstated. When we settle the policy, any policy debt will be deducted from the policy benefits.

**IF YOU PAY BY MAIL, DO NOT MAIL THIS BOOK.**
Please detach the coupon(s) for the payment(s) being made. Enter the date and amount paid on the Payment Record, then mail the coupon(s) with your check or money order to the address shown on the coupon. Your cancelled check or money order stub, together with your payment record, will serve as your receipt. Unless you ask, no other receipt will be given.

**PAYMENT RECORD**
A premium is due on this policy each month. The first coupon for each new anniversary book will also indicate Interest Due on the Contract Loan (if any). Any payment submitted will be subject to our ability to collect it. If a check is returned due to insufficient funds, we may deposit that check for collection a second time. Please contact your financial professional or our Customer Service Office if you have any questions about your policy.

| Month Due | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Paid | | | | | | | | | | | |
| Amount Paid | | | | | | | | | | | |

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due SEP 12, 2017 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

ALIGN

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000091217000A7LAOD07

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due OCT 12, 2017 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000101217000A7LAOD05

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due NOV 12, 2017 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

ALIGN

X843558979000008600000000000000000111217000A7LAOD01

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due DEC 12, 2017 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

ALIGN

X84355897900000860000000000000000121217000A7LAOD08

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due JAN 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X84355897900000860000000000000000112180000A7LAOD00

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due FEB 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

ALIGN

X84355897900000860000000000000000212180000A7LAOD07

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due MAR 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

ALIGN

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000031218000A7LA0D03

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due APR 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000041218000A7LA0D00

---

## PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due MAY 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

ALIGN

X843558979000008600000000000000000051218000A7LA0D06

Case 3:20-cv-04336-RS   Document 1-1   Filed 06/29/20   Page 7 of 7

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due JUN 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

ALIGN

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000061218000A7LAOD02

---

### PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due JUL 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

X843558979000008600000000000000000071218000A7LAOD09

---

### PRUDENTIAL PREMIUM PAYMENT COUPON

| LAOD 940 | Number 84 355 897 | Insured/Annuitant SOCORRO MORELAND | | Date Due AUG 12, 2018 |
|---|---|---|---|---|
| Monthly Premium $8.60 | Divid/Prem Credit | Net Premium Due $8.60 | Loan Interest Due | Total Amount Due $8.60 |

LC

Please make sure your check or other order for payment is payable to The Prudential Insurance Company of America. Please write the policy number on your remittance.
**Please do not cut, staple, or fold this coupon.**

Mail this coupon with your remittance to:

PRUDENTIAL
PO BOX 856003
LOUISVILLE, KY 40285-6003

**DO NOT WRITE MESSAGES ON THIS COUPON.**
A new premium coupon book will be sent to you prior to your next contract anniversary. If you have any inquiries or requests, please call our Customer Service Office at (800) 778-2255.

ALIGN

X843558979000008600000000000000000081218000A7LAOD05