UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO MORELAND,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-04336-RS<br><br>**ORDER LIFTING STAY** |

Pursuant to the stipulation of the parties, the stay of this action is lifted, and the initial Case Management Conference shall go forward as previously scheduled on November 18, 2021.

**IT IS SO ORDERED**.

Dated: October 20, 2021

_____
RICHARD SEEBORG
Chief United States District Judge