UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOCORRO MORELAND,

    Plaintiff,

    v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, et al.,

    Defendants.

Case No. 20-cv-04336-RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 4, 2024.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 11, 2024, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____
Richard Seeborg
Chief United States District Judge