**WINTERS & ASSOCIATES**
Jack B. Winters, Jr. (SBN 82998)
Sarah Ball (SBN 292337)
8489 La Mesa Boulevard
La Mesa, California 91942
Tel: (619) 234-9000; Fax: (619) 750-0413
Email: pjsandiego@gmail.com
Email: sball@einsurelaw.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492; Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff SOCORRO MORELAND

*For Additional Counsel, See Next Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SOCORRO MORELAND,<br><br>    Plaintiff,<br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; PRUCO LIFE INSURANCE COMPANY, an Arizona Corporation,<br><br>    Defendants. | Case No.: 3:20-cv-04336-RS<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br><br>Hon. Richard Seeborg<br><br>**Action Filed**: June 29, 2020<br>**Trial Date**: None |

1  Laura Geist (SBN 180826)
   **WILLKIE FARR & GALLAGHER LLP**
2  333 Bush St.
   San Francisco, CA 94104
3  Tel: (415) 858-7400
4  Fax: (415) 858-7599
   Email: lgeist@willkie.com
5
   Sandra D. Hauser, Pro Hac Vice
6  **DENTONS US LLP**
   1221 Avenue of the Americas
7  New York, NY 10020
   Tel: 212-768-6802
8  Fax: 212-768-6800
9  Email: sandra.hauser@dentons.com

10 Leanna M. Anderson (SBN 228271)
   **DENTONS US LLP**
11 2000 McKinney Ave., Ste. 1900
   Dallas, TX 75201
12 Tel: (214) 259-0972
13 Fax: (214) 259-0910
   Email: leanna.anderson@dentons.com
14
   **Attorneys for Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**
15 **a New Jersey Corporation; PRUCO LIFE INSURANCE COMPANY, an Arizona**
   **Corporation**
16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, this Court denied Plaintiff's Motion to Certify a Class in this case by Order dated September 29, 2023 (Dkt. 93);

WHEREAS, Plaintiff SOCORRO MORELAND and Defendants THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey Corporation; PRUCO LIFE INSURANCE COMPANY, an Arizona Corporation, (the "Parties") have reached a settlement in this matter of Plaintiff's individual claims;

WHEREAS, the Parties have entered into a settlement agreement in this matter without any admission of liability;

WHEREAS, each of the Parties is to bear its own attorneys' fees and costs in connection with this action; and

**THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties, subject to this Court's approval, that the whole action, which at this juncture consists solely of Plaintiff's individual claims in light of the class denial, be dismissed with prejudice.

DATED:   January 5, 2024        **WINTERS & ASSOCIATES**

By:    /s/ *Jack B. Winters, Jr.*
       Jack B. Winters, Jr. (SBN 82998)
       Email:  pjsandiego@gmail.com

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

Attorneys for Plaintiff
SOCORRO MORELAND,

DATED:   January 5, 2024        **DENTONS US LLP**

By:    /s/ *Sandra D. Hauser*
       Sandra D. Hauser, Pro Hac Vice
       1221 Avenue of the Americas
       New York, NY 10020
       212-768-6802
       Fax: 212-768-6800
       Email: sandra.hauser@dentons.com

Attorneys for Defendants

**SIGNATURE ATTESTATION**

The filer, pursuant to L.R. 5-1(i)(3), hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on this document.

DATED:   January 5, 2024

By:   /s/ *Sandra D. Hauser*

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated:   January 5, 2024

_____
RICHARD SEEBORG
Chief United States District Judge